IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

AKSHAYRAJ, INC., et al          :
                                :
      Plaintiffs                :
                                :
      v.                        :
                                :   CIVIL ACTION NO. 06-cv-2002
GETTY PETROLEUM MARKETING        :   (NLH) (AMD)
INC. and Lukoil Americas Corporation   :   Hon. Noel L. Hillman, U.S.D.J.
                                :   Hon. Ann Marie Donio, U.S.M.J.
      Defendants                :

NOTICE OF DISMISSAL WITH PREJUDICE
OF ACTION BY AND AGAINST PLAINTIFF SAMITRA ENTERPRISES, INC.

Plaintiff Samitra Enterprises, Inc. voluntarily dismisses its action in this matter against the defendants, with prejudice, and defendant Getty Petroleum Marketing Inc. voluntarily dismisses its counterclaim against plaintiff Samitra Enterprises, Inc. with prejudice, all parties to bear its respective costs, expenses and attorneys' fees. This Notice of Dismissal shall not affect, diminish or prejudice the alleged claims and defenses of the remaining plaintiffs against defendants, nor the alleged claims and defenses of defendants against the remaining plaintiffs. The defendants' consent to this Notice of Dismissal is without prejudice to the objections of defendant Lukoil Americas Corporation to the personal jurisdiction of this Court over it.

OBERMAYER REBMANN                FARUQI & FARUQI, LLP
MAXWELL & HIPPEL LLP

By:_____ 7/25/08      By:_____
   HENRY H. JANSSEN                 STEPHEN CONNOLLY
   Attorney for Defendants          Attorney for Plaintiffs

Approved:_Noel L. Hillman_____  Date:_August 5, 2008_
        NOEL L. HILLMAN, USDJ

4296498