```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                         CAMDEN VICINAGE
```

| | |
|---|---|
| AKSHAYRAJ, INC., et al.,<br><br>           Plaintiffs,<br><br>      v.<br><br>GETTY PETROLEUM MARKETING,<br>INC. and LUKOIL AMERICAS<br>CORPORATION,<br><br>           Defendants. | Civil No. 06-2002-NLH-AMD |

## SCHEDULING ORDER

This Scheduling Order sets forth the following directives:

IT IS this **6th** day of **August 2008**, hereby **ORDERED**:

1. The Court will conduct a telephone status conference on **September 2, 2008 at 3:00 P.M.**.  Counsel for plaintiffs shall initiate the telephone call.

                                        s/ Ann Marie Donio
                                        ANN MARIE DONIO
                                        United States Magistrate Judge

cc:  Hon. Noel L. Hillman