IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AKSHAYRAJ, INC., et al<br><br>Plaintiffs<br><br>v.<br><br>GETTY PETROLEUM MARKETING INC. and Lukoil Americas Corporation<br><br>Defendants | CIVIL ACTION NO. 06-cv-2002 (NLH) (AMD)<br>Hon. Noel L. Hillman, U.S.D.J.<br>Hon. Ann Marie Donio, U.S.M.J. |

### NOTICE OF DISMISSAL WITH PREJUDICE OF ACTION BY AND AGAINST PLAINTIFF HINES' ENTERPRISE-LAWRENCEVILLE INC.

Plaintiff Hines' Enterprise-Lawrenceville Inc. voluntarily dismisses its action in this matter against the defendants, with prejudice, and defendant Getty Petroleum Marketing Inc. voluntarily dismisses its counterclaim against plaintiff Hines' Enterprise-Lawrenceville Inc. with prejudice, all parties to bear its respective costs, expenses and attorneys' fees. This Notice of Dismissal shall not affect, diminish or prejudice the alleged claims and defenses of the remaining plaintiffs against defendants, nor the alleged claims and defenses of defendants against the remaining plaintiffs. The defendants' consent to this Notice of Dismissal is without prejudice to the objections of defendant Lukoil Americas Corporation to the personal jurisdiction of this Court over it.

OBERMAYER REBMANN
MAXWELL & HIPPEL LLP

By: _____
HENRY E. JANSSEN
Attorney for Defendants

FARUQI & FARUQI, LLP

By: _____
STEPHEN CONNOLLY
Attorney for Plaintiffs

Approved: _____    Date: August 18, 2008
NOEL L. HILLMAN, USDJ

4296488