```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| AKSHAYRAJ, INC., et al., | : | Civil Action No. 06-2002 (NLH) |
| Plaintiffs, | : | |
| v. | : | **ORDER** |
| GETTY PETROLEUM MARKETING, INC. and LUKOIL AMERICAS CORPORATION, | : | |
| Defendants. | : | |

For the reasons expressed in the Court's Opinion filed even date,

**IT IS HEREBY** on this 27th day of August, 2008

**ORDERED** that Lukoil Americas Corporation's motion for reconsideration [92] is **GRANTED**; and it is further

**ORDERED** that the Court's April 11, 2008 Opinion and Order [80,81] are **VACATED**; and it is further

**ORDERED** that Lukoil Americas Corporation's motion to dismiss for lack of personal jurisdiction [11] is **GRANTED**.

                                                          s/ Noel L. Hillman

At Camden, New Jersey            NOEL L. HILLMAN, U.S.D.J.