[Doc. Nos. 151, 182]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| AKSHAYRAJ, INC., et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>GETTY PETROLEUM MARKETING,<br>INC., et al.,<br><br>            Defendants. | Civil No. 06-2002-NLH-AMD |

## ORDER

This matter having come before the Court by way of motion [Doc. No. 151] of Defendant Getty Petroleum Marketing, Inc. seeking to compel Plaintiff W.C. Turpin Inc. t/a Penndel Mobil to produce documents responsive to Getty's Requests for Production of Documents, to appear for the continuation of its deposition, and for sanctions; and the Court noting that Defendant also filed a document [Doc. No. 182] titled "Withdrawal of Motion of Defendant for Discovery Sanctions Against Plaintiff W.C. Turpin T/A Penndel Mobil [Docket Entry 151]" asking that the motion for sanctions be withdrawn;[1] and for good cause shown:

IT IS on this 25th day of September 2008,

**ORDERED** that Defendant's motion [Doc. No. 151] to compel Plaintiff W.C. Turpin Inc. t/a Penndel Mobil to produce documents

---

1.  This document was docketed as a motion.  Because it appears that this document was not intended to serve as a formal motion, the motion shall be terminated.

and appear for the continuation of its deposition, and for
sanctions shall be, and is hereby, **<u>DISMISSED WITHOUT PREJUDICE</u>**; and
it is further

    **ORDERED** that the motion docketed as Doc. No. 182 shall be
terminated.


                    <u>s/ Ann Marie Donio</u>
                    ANN MARIE DONIO
                    UNITED STATES MAGISTRATE JUDGE

cc: Hon. Noel L. Hillman